01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 BRENDA L. DAVIS, )
   ) CASE NO. C10-1232-RSM-MAT
09     Plaintiff, )
   )
10    v. ) ORDER GRANTING EXTENSION OF
   ) TIME OF REMAINING BRIEFING
11 MICHAEL J. ASTRUE, ) SCHEDULE
Commissioner of Social Security, )
12    )
    Defendant. )
13 _____ )

14     Defendant filed the parties' first stipulation for extension of time (Dkt. 13), requesting a

15 49-day extension of the due date in which to file his responsive brief.  This request is

16 significantly longer than the 30-day extensions the Court normally grants.   However, this is the

17 first extension requested by the parties, and in this instance the longer period can be granted

18 without jeopardizing the Court's ability to timely provide a report and recommendation to the

19 district judge.

20     Having considered the stipulation, and the entire docket in the case, the Court hereby

21 GRANTS an extension of the remaining briefing schedule as follows:

22

ORDER GRANTING EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01         Defendant's Responsive Brief:     January 28, 2011

02         Plaintiff's optional Reply Brief:     February 11, 2011

03 **In light of the longer than usual extension, the parties should take note that no further**

04 **extensions will be granted absent extraordinary circumstances.**

05         DATED this <u>15th</u> day of December, 2010.

06

07

08                                     Mary Alice Theiler

09                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2